**Order filed October 26, 2011**



In The
# Fourteenth Court of Appeals

### NO. 14-10-00685-CR

### CHARLOTTE CARIO BUSSEY, Appellant

### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Court Cause No. 09-07-07276-CR**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **(1) State's Exhibit #3 (Audiotape) , (2) State's Exhibit #4 (Videotape), (3) State's Exhibit #5 (Audiotape), (4) State's Exhibit #6 (Videotape) and (5) State's Exhibit #13 (Videotape).**

The clerk of the 284th District Court is directed to deliver to the Clerk of this court the original of (1) State's Exhibit #3 (Audiotape), (2) State's Exhibit #4 (Videotape), (3) State's Exhibit #5 (Audiotape), (4) State's Exhibit #6 (Videotape) and (5) State's Exhibit #13 (Videotape), on or before **November 4, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of (1) State's Exhibit #3 (Audiotape) , (2) State's Exhibit #4 (Videotape), (3) State's Exhibit #5 (Audiotape), (4) State's Exhibit #6 (Videotape) and (5) State's Exhibit #13 (Videotape), to the clerk of the 284th District Court.

PER CURIAM